IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KRISTOPHER KELLY TROTTER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF DALLAS, TEXAS,<br><br>    Defendant. | Case No. 3:19-cv-1327-L-BT |

### ORDER

Defendant the City of Dallas filed a Motion to Dismiss Plaintiff's § 1983 action against it. (ECF No. 23). Because the Motion, if granted, would dispose of all of Plaintiff's claims against Defendant, the Court finds good cause to delay entry of a Scheduling Order. *See* Fed. R. Civ. P. 16(b)(2) ("The judge must issue the scheduling order as soon as practicable, but unless the judge finds good cause for delay, the judge must issue it within the earlier of 90 days after any defendant has been served with the complaint or 60 days after any defendant has appeared."). The Court will set a scheduling conference with the parties, if appropriate, after it has entered Findings, Conclusions, and a Recommendation on the pending Motion to Dismiss.

**SO ORDERED.**

January 28, 2020.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE